IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERIC LEE BROWN, #216794, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:13-CV-905-WHA |
| KIM THOMAS, et al., | ) ) ) |
| Defendants. | ) |

## **ORDER**

This cause is before the court on the Recommendation of the Magistrate Judge entered on January 31, 2017 (Doc. #44). There being no timely objection to the Recommendation, and after review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1. The defendants' motions for summary judgment are GRANTED.

2. Judgment is GRANTED in favor of the defendants.

3. This case is DISMISSED with prejudice.

4. Costs are taxed against the plaintiff.

5. Final Judgment will be entered in accordance with this order.

DONE this 22nd day of February, 2017.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE