IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ERIC LEE BROWN, #216794, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:13-CV-905-WHA |
| | ) | |
| KIM THOMAS, et al., | ) | (wo) |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On January 31, 2017, the Magistrate Judge entered a Recommendation that the Defendants' motions for summary judgment be granted and the case dismissed. The Plaintiff was given until February 14, 2017 to file objections (Doc. #44). No timely objection was filed, and on February 22, 2017, the court adopted the Recommendation, granted the motions for summary judgment, dismissed the case with prejudice, and entered final judgment. (Doc. #45 and #46).

Now, on March 1, 2017, the Plaintiff has filed a document styled Objection by Writ of Mandamus (Doc. #47). The objection is untimely. Furthermore, after *de novo* review of the objection and the file in this case, the court finds the Objection, or Motion for Writ of Mandamus, to be without merit, and it is ORDERED as follows:

1.  The Objection is OVERRULED.

2.  The Motion for Writ of Mandamus is DENIED.

3.  The Order (Doc. #45) and Final Judgment (Doc. #46) remain in full force and effect.

DONE this 2nd day of March, 2017.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE